UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THOMAS OKUNUGA, an individual,<br><br>Plaintiff,<br><br>v.<br><br>YAKIMA COUNTY, WASHINGTON; CENTRAL WASHINGTON FAIR ASSOCIATION; JAMES DeLORETTO, DAN LASWELL, and GAIL RAGLAND, individuals; LIEUTENANT DAN WILSON, individually and in his official capacity; YAKIMA COUNTY SHERIFF'S OFFICE; STARPLEX SECURITY, an Oregon corporation,<br><br>Defendants. | NO.  CV-06-3088-RHW<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL** |

The motion was heard without oral argument.  The parties ask that all claims against all parties be dismissed with prejudice and without costs.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order of Dismissal with Prejudice (Ct. Rec. 11) is **GRANTED**.

2. The above-captioned action is **DISMISSED** with prejudice and without award of costs to any party.

///
///
///
///

**ORDER GRANTING STIPULATION OF DISMISSAL** * 1

| | |
|---|---|
| 1 | **IT IS SO ORDERED.** The District Court Executive is hereby directed to |
| 2 | enter this Order, furnish copies to counsel, and to **close the file**. |
| 3 | **DATED** this 30th day of October, 2008. |
| 4 | *S/ Robert H. Whaley* |
| 5 | ROBERT H. WHALEY<br>Chief United States District Judge |
| 6 | |
| 7 | Q:\CIVIL\2006\Okunuga\dismiss.ord.wpd |

**ORDER GRANTING STIPULATION OF DISMISSAL** * 2